```
IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF NEW JERSEY
            CAMDEN VICINAGE
```

|  |  |  |
|---|---|---|
| MICHAEL BRANCH, | : | |
| | : | **Civ. No. 19cv16048(RMB)** |
| Plaintiff | : | |
| | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| | : | |
| DAVID ORTIZ, | : | |
| | : | |
| Respondent | : | |

Petitioner Michael Branch filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on July 30, 2019, alleging his innocence of his crime of conviction based on an intervening statutory interpretation by the Supreme Court in <u>Rehaif v. United States</u>, 129 S. Ct. 3191 (2019). (Pet., ECF No. 1). Respondent filed an answer. (Answer, ECF No. 8.) In the meantime, mail sent to Petitioner by the Court was returned with notice that Petitioner is no longer confined in FCI Fort Dix. (ECF No. 10.) Respondent advised the Court that Petitioner has been released from prison. (Letter, ECF No. 11.)

New Jersey Local Civil Rule 10.1(a) provides, in relevant part:

> Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of address change may result in the imposition of sanctions by the Court.

Petitioner has not advised the Court of his new address.

**IT IS** on this **13th day of February 2020**,

**ORDERED** that the Clerk shall administratively terminate this action pursuant to Local Civil Rule 10.1(a); and it is further

**ORDERED** that Petitioner may seek to reopen this matter, if, within 30 days from the date of this Order, he submits to the Clerk of Court, at Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, New Jersey, 08101, a writing showing good cause why he did not timely apprise the Court of his new address; and it is further

**ORDERED** that the Clerk shall mail a copy of this Order and the accompanying Opinion to Petitioner's last known address.

s/Renée Marie Bumb  
**RENÉE MARIE BUMB**  
**UNITED STATES DISTRICT JUDGE**